# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (For a Petty Offense) |
| v. | CASE NUMBER: 07 po 07026 |
| Russell Thorpe | |

**THE DEFENDANT:**
Pleaded guilty to count 1 of the information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(b) | DWAI | 03/23/07 | 1 |
| 18 USC 13 | | | |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, incorporated herein by this reference.. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

May 16, 2007
Date of Imposition of Judgment

s/Michael J. Watanabe
Signature of Judicial Officer

Michael J. Watanabe, US Magistrate Judge
Name & Title of Judicial Officer

May 17, 2007
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 2 days jail suspended on the condition that the defendant complete a term of 6 months unsupervised probation.

## PROBATION

As a condition of the defendant's unsupervised probation, he shall: complete a Level I Drug and Alcohol Awareness class in Denver; and perform 24 hours of community service. Defendant shall provide proof of same to the government.

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
|  | $10.00 | $100.00 |  |
| **TOTALS** | $10.00 | $100.00 | $0.00 |